**FILED**

Name CORDERO ANTHONY MARTIN
Street Address 1800 Q ST 404
City and County Bakersfield, Kern
State and Zip Code California 93301
Telephone Number None

SEP 05 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

CORDERO ANTHONY MARTIN

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

See attached

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. 1:25-cv-01133-JLT-CDB

*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

RECEIVED

SEP 05 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____DEPUTY CLERK

> **NOTICE**
>
> Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.
>
> Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.
>
> In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

**I.  The Parties to This Complaint**

    **A.**    **The Plaintiff(s)** — *See attached*

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

        Name    _____
        Street Address    _____
        City and County    _____
        State and Zip Code    _____
        Telephone Number    _____
        E-mail Address    _____

    **B.**    **The Defendant(s)** — *See attached*

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

        Defendant No. 1

            Name    _____
            Job or Title    _____
            (if known)

    Street Address     _____
    City and County     _____
    State and Zip Code     _____
    Telephone Number     _____
    E-mail Address
    (if known)     _____

    ☐ Individual capacity      ☐ Official capacity

Defendant No. 2

    Name     _____
    Job or Title
    (if known)     _____
    Street Address     _____
    City and County     _____
    State and Zip Code     _____
    Telephone Number     _____
    E-mail Address
    (if known)     _____

    ☐ Individual capacity      ☐ Official capacity

Defendant No. 3

    Name     _____
    Job or Title
    (if known)     _____
    Street Address     _____
    City and County     _____
    State and Zip Code     _____
    Telephone Number     _____
    E-mail Address
    (if known)     _____

    ☐ Individual capacity      ☐ Official capacity

Defendant No. 4

    Name     _____
    Job or Title     _____

       (if known)
       Street Address     _____
       City and County    _____
       State and Zip Code  _____
       Telephone Number   _____
       E-mail Address     _____
       (if known)

       ☐   Individual capacity     ☐   Official capacity

**II.**   **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

  A.   Are you bringing suit against *(check all that apply)*:

      ☐   Federal officials (a *Bivens* claim)

      ☒   State or local officials (a § 1983 claim)

  B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

      *See attached*

  C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

4

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See attached

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

See attached

B. What date and approximate time did the events giving rise to your claim(s) occur?

See attached

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attached

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

See attached

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See attached

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: September 2, 2025.

Signature of Plaintiff _____

Printed Name of Plaintiff CORDERO ANTHONY MARTIN

DEFENDANTS

CYNTHIA JANE-FRANKS ZIMMER
JOSE RODOLFO BENAVIDES
KEITH LEE FAGUNDES
ERICA DE LA CRUZ
BRIAN KNOX
BRANDON SHANKLE
MATTHEW DEWAR
ANDREW GALVAN
CHARLES HANKINS
JUAN ESTRADA
KARISSA DEWAR

The Parties to This Complaint

Plaintiff(s)
**Cordero Anthony Martin**
1800 Q St Apt 404
Bakersfield California 93301
Telephone Number – None
E-mail Address: blackbeltcm93@gmail.com

The Defendant(s)

**CYNTHIA JANE-FRANKS ZIMMER**
Kern County District Attorney
1216 Truxtun Ave 4th Floor
Bakersfield Kern
California 93301
Telephone Number – 661-868-2340
E-mail Address: czimmer@kernda.org
Yes - Individual Capacity   Yes – Official Capacity (Both)

**JOSE RODOLFO BENAVIDES**
Superior Court Judge
1122 Jefferson St
Delano California
Telephone Number – 661-710-7300
E-Mail Address: WMDelano@kern.courts.ca.gov
Yes – Individual Capacity   Yes – Official Capacity (Both)

**KEITH LEE FAGUNDES**
Deputy District Attorney
1192 Jefferson Street
Delano California 93215
Telephone Number: 661-868-6353
E-mail Address: fagundeslaw@gmail.com
Yes – Individual Capacity  Yes – Official Capacity (Both)

**ERICA DE LA CRUZ**
Clerk of the City of McFarland
401 W. Kern Ave
McFarland Kern
California 93250
E-mail Address: cityclerk@cityofmcfarland.ca.gov
Yes – Individual Capacity  Yes – Official Capacity (Both)

**BRIAN KNOX**
Chief of Police - City of McFarland
401 W. Kern Ave
McFarland Kern
California 93250
Telephone Number: 661-792-2121
E-mail Address: bknox@cityofmcfarland.ca.gov
Yes – Individual Capacity  Yes – Official Capacity (Both)

**BRANDON SHANKLE**
Police Sergeant – City of McFarland
401 W. Kern Ave
McFarland Kern
California 93250
Telephone Number: 661-792-2121
E-mail Address: bshankle@cityofmcfarland.ca.gov
Yes – Individual Capacity  Yes – Official Capacity (Both)

**MATTHEW DEWAR**
Police Sergeant – City of McFarland
401 W. Kern Ave
McFarland Kern
California 93250
Telephone Number: 661-792-2121
E-mail Address: mdewar@cityofmcfarland.ca.gov
Yes – Individual Capacity Yes – Official Capacity (Both)

**ANDREW GALVAN**
Police Corporal – City of McFarland
401 W. Kern Ave
McFarland Kern
California 93250
Telephone Number: 661-792-2121
E-mail Address: agalvan@mcfarlandcity.org
Yes – Individual Capacity Yes – Official Capacity (Both)

**CHARLES HANKINS**
Police Officer – City of McFarland
401 W. Kern Ave
McFarland Kern
California 93250
Telephone Number: 661-792-2121
E-mail Address: chankins@cityofmcfarland.ca.gov
Yes – Individual Capacity Yes – Official Capacity (Both)

**KARISSA DEWAR**
Police Officer – City of McFarland
401 W. Kern Ave
McFarland Kern
California 93250
Telephone Number: 661-792-2121
E-mail Address: kdewar@cityofmcfarland.ca.gov
Yes – Individual Capacity Yes – Official Capacity (Both)

JUAN ESTRADA
Police Corporal – City of Delano
2330 High St.
Delano Kern
California 93215
Telephone Number: 661-792-2121
E-mail Address: jestrada@cityofmcfarland.ca.gov
Yes – Individual Capacity Yes – Official Capacity (Both)

**Basis for Jurisdiction**

**B.** Violation of 14th amendment – Improper booking and prosecution under false identity and both posted bail bonds, and dismissal minutes reflect this fact. Inadequate counsel, neither the public defender or prosecuting attorney brought forth a reasonable compromise; while under duress and restrained I brought forth a solution that was provided by inmates within the county jail and I only agreed to out of fear of further harm. I sought complete case dismissal. I have records to verify the truth and accuracy of this claim.
I was not allowed to question my accuser, the one witness did not even want to testify but was coerced by the persons acting under color of law.
One of the persons also acted under the color of law in the baseless prosecution and family law, depriving me of impartiality in two separate cases.
Violation of the 1st Amendment – conspiracy to commit harm and retaliation of free speech and expression conducted by persons in their individual capacity while acting under a "official" capacity.
Violation of the 5th Amendment – threats/coercion of jail when it was invoked.
Violation of the 2nd Amendment – forced to relinquish my firearm out of fear of harm being imposed by persons acting based on unfounded claims.
Violation of 18 USC 1001, in the process of baseless prosecution it is a fact that false statements were provided to the federal government that impeded the business between the plaintiff and the federal government. As well, impeded the business between plaintiff and county sheriff's office.
I was informed via email by a deputy sheriff that the **DEPARTMENT OF JUSTICE** could not determine whether I was deemed permitted to carry on duty. How would they flag me if they had not been informed? I served my nation and carried an **M16 Carbine, Sig Sauer P320**, and **M249** in foreign lands, but I cant be trusted to carry a Glock 19 in the service of a community within the United States?


**D. CYNTHIA JANE-FRANKS ZIMMER**, is an individual person and acts as the district

attorney for the county of Kern. She through her representative executed the prosecution of a false identity.

**KEITH LEE FAGUNDES**, is an individual person and acts as a deputy district attorney, he coerced a witness to take the stand and submit false testimony to the court.

**JOSE RODOLFO BENAVIDES**, is an individual person and acts as a judge, he caused severe harm and approved two bonds on a false identity and held me captive under threat of harm. His malicious actions undermined my trust with the judicial system causing severe psychological harm. He also stripped me of my firearm with hearsay violating the second amendment.

**BRIAN KNOX** and **BRANDON SHANKLE**, are individual persons and act as peace officers. They retaliated against me because I asked if something was lawful and then proceeded to slander me calling me a "sovereign citizen". I do not identify with that terminology and if it were true I would not be pleading to the district court. I had offered to volunteer my time and was an applicant for peace officer within the McFarland Police Department, if an officer was accused of harming a family member to whom I'm now estranged that would damage community relations and would need to be sorted out lawfully. This happened on or about February 2024, I have requested the lobby footage from the City Clerk, and they refuse to produce it, violating this civil process. It has been about 100 Days since I asked for this footage and have not received it. Yet when I asked for the City Financial Statements for the past 10 years, it took them less than 20 Days to produce it.

**ERICA DE LA CRUZ**, is an individual person who acts as a City Clerk for the City of McFarland. She has aided and abetting the concealment of crimes conducted by the Municipality. The unreasonable amount of length of time to produce public records when other municipality such as Bakersfield provided prompt records when asked. The last two lawsuits brought against the city show an establish custom for misconduct. By the time you read this it will have been about 100 Days since I requested body cam footage of all the officers involved, patrol car footage, and lobby footage.

**JUAN ESTRADA** and **KARISSA DEWAR** are both individual persons, who act as peace officers. On May 19th, 2024, **KARISSA DEWAR** was known as **KARISSA ALBERTO**. They were dispatched to a family violence call in which I and my son was the victim not the offender. My son was assaulted by an unknown person, and I addressed the adults who were intoxicated at the time, with a calm cool and collective question; which turned into shouting. I was surrounded by 5 drunkards and feared for my safety as they were in the kitchen and had access to weapons and I did not. I conducted what was reasonable action to escape danger and was assaulted by 5 individuals **ANNA CASTELLANOS, MELESIO HERNANDEZ, GLORIA CASTELLANOS, ADAN CASTELLANOS**, and one unidentified male (the names of these persons are to the best of my recollection). They proceed to provide false information to persons

who were yet to be identified. in the home Upon approach, I was asked if I was armed and I proceed to lift my shirt and show my back showing no concealed weapons. My shirt was ripped from the previous assault and my neck was bleeding. I requested the name, badge numbers, and surety information of (**JUAN ESTRADA** and **KARISSA ALBERTO** - now **DEWAR**) as I had never had contact with them prior to this event. **JUAN ESTRADA** and **KARISSA ALBERTO** now **DEWAR**, did not provide their information promptly, they were armed with many deadly weapons, and I feared for my safety as the city drives around in patrol cars without license plates, so you really don't know who a real officer is or not. If you the fact if that I should have known them as officers, in the state of Minnesota, actual law makers were shot and killed by a man impersonating an officer, if law makers couldn't tell the difference between real and fake. How should I whom do not interact with the law routinely as a part of my occupation be reasonably expected to know that they are law enforcement without proper identification. Since I was already assaulted by persons listed above and these two persons didn't identify themselves, it became a life and death scenario in which I feared for my life and had the right to defend it in which I did with the appropriate evasion, I did not attack or harm any person within this lawful evasion. I am an honorably discharged veteran of the armed forces, a term familiar to most veterans is "Survival, Evasion, Resist, Escape". My heart and mind had no notion or intent of committing any crime, my body instinctively reacted simply to survive (a by product of serving this nation). As a multi ethnic veteran of eastern european and magrheb decent, we know that in America law enforcement interactions are situations of life and death for people of minority. **JUAN ESTRADA** and **KARISSA ALBERTO** (now **DEWAR**) pursued me aggressively and I ordered them to stop and they continued, in their aggressive pursuit I damaged my meniscus preventing me from walking and now have a permanent limp.

**ANDREW GALVAN, CHARLES HANKINS,** and **MATTHEW DEWAR** are persons who arrived at the location of this incident *77 Cliff Avenue McFarland California 93250*, not one of them identified as police officers, and proceeded to pin me to the ground. **CHARLES HANKINS** seized a driver's licenses in my possession, and I told him; I do not consent to this search. He said yea yea, I asked him "what are you doing? I was harmed here!!, he responded with "I know", admitting to knowing I was the victim). **KARISSA ALBERTO** now **DEWAR**, pulled a weapon while I was pinned on the ground, and I shouted you're going to attack me? **ANDREW GALVAN** then proceed to solicit the confession of the use of illegal drugs which I have never partaken in from individuals on scene, because he did not understand how upset I was that all I did was defend my son and then get completely violated for it. That day I promptly told them that I would sue them. I was picked up against my will and put into an unknown vehicle. **MATTHEW DEWAR** attempted to speak to me, and I invoked the 5th and stated I do not understand, he threatened me with jail for refuse to talk to him.

**JUAN ESTRADA** transported me around to several locations and said after conducting the arrest, "we are drawing up probable cause now" and "you'll get your day in court and that the case will be transferred from the Mohave Desert courthouse to Delano". How did he know that?

Immediate suspicion of coordinated criminal activity. I was discriminated against by being called **BLACK**, yet based off the **OFFICE OF PERSONELL MANAGEMENT**, the federal standard of my heritage is **WHITE**. It is common sense on how black people are treated in our judicial system. **JUAN ESTRADA** transported me to the **LERDO PRETRIAL FACILITY**, where I was picked up and slammed by two deputies while in cuffs and kneed in my leg resulting in a bruise of which I have a picture of and sexual assaulted. The same individuals who accused me of crimes proceeded to bail me not once but twice; I would not pay nor plead anything because I was innocent.

The solution to the case was not brought forth by a person known as **SARA RICH** acting as a Public Defender, or **KEITH LEE FAGUNDES** who acted as a Deputy District Attorney. I heard about veteran diversions program from inmates in the jail, and when I proposed it to **SARA RICH** while bound in chains causing severe discomfort and mental anguish, her first question was "How did you find out about that?". Under fear of my life, safety, and severe emotional distress, I submitted to that which I sought the dissolution of, which does not imply consent. I took over 40 sessions of trauma counseling and the charges were dismissed in the furtherance of justice which implies innocence from the beginning. **JUAN ESTRADA** for reasons unknown no longer works at the **MCFARLAND POLICE DEPARTMENT** and transferred to the **DELANO POLICE DEPARTMENT** in little over a year after this incident. The shock to the conscious of this whole ordeal has caused irreparable damage and trust I fear no amount of money can restore.

**Statement of Claim**

A. **CITY OF MCFARLAND** 77 Cliff Avenue McFarland California 93250, **THE MCFARLAND POLICE DEPARTMENT** 401 W Kern Avenue Mcfarland California 93250, **KERN COUNTY DISTRICT ATTORNEYS OFFICE** (Main Office 1215 Truxtun Ave 4th Floor Bakersfield California 93301 and Field Office in Delano 1122 Jefferson St Delano California 93215), **CALIFORNIA SUPERIOR COURT DELANO DIVISION** 1122 Jefferson St Delano California 93215, **LERDO PRE-TRIAL FACILITY** Industrial Farm Road Rd Bakersfield California 93308, **ALLADIN BAIL BONDS** operating under Seaview Insurance Company 1309 Chester Avenue Bakersfield California 93301 all the aforementioned places are within **KERN COUNTY**; and **UNITED STATES FIRE INSURANCE COMPANY** 157 Main Street, Greenville PA 16125, the aforementioned outside the State of California. B. Around Mid-February 2024 roughly noon if the City of McFarland is compelled to produce video would clarify the exact time and date of the first incident, May 19th, 2024, between 7 and 9pm. June 5th, 2024 – April 24th, 2025.

C. I was falsely accused, arrested and prosecuted under a false name and charged under vehicle code while not operating a motor vehicle. Physically assaulted, sexually assaulted, county wide

CONFIDENTIAL

defamation. Deprived of liberty interest. Irreparably damaged.

Persons within the **CITY OF MCFARLAND** and **MCFARLAND POLICE DEPARTMENT**, conspired and committed extreme harm while acting under the color of law in **KERN COUNTY**. (See defendants and person's name above, two person of interest is **JOHN BROWNLEE** who acts a judge and **KENDRA L. GRAHAM** who acts as county counsel). The charges were dismissed, directly after I was appointed to juror duty (implies innocence and honor).

IV. **Injuries**
Extreme Emotional Distress, Deprivation of Liberty Interest, Severe Bodily Harm, Concussion, Economic Job Loss and Financial Oppurtunites. Increased hyper vigilance and lack of trust with authority figures. Permanent psychological harm; 40 Trauma Sessions and numerous calls to the veteran's crisis line when triggered by the incident's aftermath and ongoing mental health therapy. Slander and libel. Emails from the **CITY OF BAKERSFIELD** stating, "the nature of the charges is the reason I can't do a ride along or volunteer, after dismissal", Disqualification Letter from the **UNITED STATES MARSHAL SERVICE**. 471 Days of sustained trauma, nothing short of a psychological war campaign. I went to every job interview and not once did someone say, this guys character clearly doesn't match was we were informed of. Still persons acted anyways and deprived me of liberty interest. I refuse to hold a drivers license or drive on the road out of fear of further targeting and retaliation, I now require transport via uber or personal driver to conduct any business. This damages not only me, but business with other entities that regulate the requirements in order to drive (insurance, registration renewal etc.).

V. **Relief**
18 USC 3571 Violation of Oath of Office - $250,000.00
18 USC 3571 Denied Proper Warrant(s) - $250,000.00
18 USC 3571 Denied Rights of Reasonable Arguments - $250,000.00
18 USC 3571 Denied Right to Truth in Evidence - $250,000.00
18 USC 3571 Slavery (forced compliance to contracts not held) - $250,000.00
18 USC 3571 Denied Provisions in the Constitution - $250,000.00
18 USC 3571 Treason (combined above actions) - $250,000.00
18 USC 77 Trafficking - $500,000.00
18 USC 1091 Genocide - $1,000,000.00
18 USC 4 Misprision of Felony - $500.00
18 USC 241 Conspiracy - $10,000.00
18 USC 872 Extortion - $5,000.00
18 USC 876 Mail Threats - $5,000.00
18 USC 1001 Fraud - $10,000.00
18 USC 1001 Falsification of Documents - $10,000.00
18 USC 1621 Perjury - $2000.00

18 USC 1622 Subordination of Perjury - $2,000.00
18 USC 2112 Grand Theft - $250,000.00
18 USC 1963 Racketeering (criminal) - $25,000.00
18 USC 1963 Racketeering (civil) - $25,0000.00

Emotional/Mental Damage (No Cap as defined by Executor) - $16,666,666.99
Defamation (No Cap as defined by Executor) - $16,250,000.00
Actual Damages: $36,486,166.99

Punitive Damages: 4,999,999.99
The **CITY OF MCFARLAND** received a 5-million-dollar grant in 2023; it must be revoked.
Total Damages: $41,486,167.00
Injunctive Relief –
**CYTHIA JANE FRANK ZIMMER**, should be **ORDERED** to resign her post.
**KEITH LEE FAGUNDES** should be **ORDERED** to stop practicing law, this lawsuit serves as his 3rd, he has been sued twice for sexual harassment.
**JOSE RODOLFO BENAVIDES** should be **ORDERED** to be removed from the bench and undergo a full in-depth psychological evaluation; I have heard from other attorneys that he is a loose cannon.
**COUNTY OF KERN** should be **ORDERED** to start the disincorporation process of the **CITY OF MCFARLAND** and assume all its resources and mandates. The rejection of claims brought forth, the lack of accountability, and blatant disregard merit this action.

U.S. District Court
**Eastern District of California – Live System**

**Notice of Amendement**

The following transaction was amended on 09/02/2025 at 8:08 AM PDT and mailed on 09/02/2025
Amended
Case Name:        Martin v. City of McFarland, et al.
Case Number: 1:25-cv-00483-CDB

Honorable Magistrate Christopher D. Baker,

I do not hold a law degree nor any title of law, yet I have taken the symbolic obligation of provost and judge. I served in the 82nd and did a year of graduate school studying national security policy. The trauma endured within Kern County impeded the performance of those studies. Any notion of the lack of humility is repugnant. I would not proceed before the district court, if there were any other way to impartially remedy the damages imposed. To proceed in bad faith would be a waste of my time and yours. Consequently, due to the severe breach in trust by persons within the County of Kern, I plead with haste to the federal judiciary.

The extremity of the violations and crimes committed by the defendants warrants supplemental jurisdiction. The blatant disregard for the morality of our constitution affirmed since May 19th of 2024; and the commitment to inflict severe harm, warrants all defendants be taken into federal custody and not released on their own recognizance. It is my earnest opinion that these defendants will go to the extent to take my life to evade true, honest, and honorable judgement. If remanded to a superior court; due to the widespread defamation, nature of the behavior exhibited by the defendants, likeliness of further harm will give rise to further claims and expend judicial resources. It is more probable than not that impartiality will not be adhered to resulting in further injury.

Futhermore, it is recommended to refer the defendants named herein to the Attorney General and or the appropriate authorities for federal and or state prosecution. Lastly, I do not know the procedural process to request these records be sealed. I am enrolled in the *California Safe-at-Home program* due to the abuse suffered by defendants with influence on the superior court system. It is my opinion due to the sensitive nature of this case and the national security of our nation, that I request these records to be placed under seal labeled confidential. My name should be redacted and use the pseudonym, John Doe. Witness protection may need to be utilized. I believe the overriding interest outweighs public access of this case. As of this statement, I have waited patiently 471 Days to be heard and justice to be rendered. Communicated in good faith.


Requested with extensive consideration,

Cordero Anthony Martin, Pro-Se (Creator)
*Bona Fides*
September 2nd, 2025